CHARLES TURNER, Respondent, *v.* WILLIAM S. SEE, Appellant.

(Argued January 14, 1874; decided May term, 1874.)

THIS was an action to recover for goods alleged to have been sold to defendant by plaintiff. The principal question was, whether one Mapes, who made the purchases, acted for himself, or as agent for defendant. The testimony of the parties conflicted on this point.

Plaintiff was allowed to prove, under objection, that in a schedule of his liabilities made by Mapes in bankruptcy proceedings against him the name of plaintiff did not appear. *Held*, error; and that it did not appear the error was harmless.

*Samuel Hand* for the appellant.

*Wm. W. Niles* for the respondent.

GRAY, C., reads for reversal.

All concur.

Judgment reversed.